**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| FRANCIS BOYD, | : No. 172 EM 2016 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus, to the extent it seeks an order compelling the adjudication of Petitioner's pending Post Conviction Relief Act petition, are **GRANTED**. The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days.

    The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.